Form G-3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re:  Daniel Mayfield | ) | Chapter  13 |
| | ) | |
| | ) | No.  22-12826 |
| | ) | |
| Debtor(s) | ) | Judge Timothy A. Barnes |

## NOTICE OF MOTION

TO:  See attached list

PLEASE TAKE NOTICE that on  April 13, 2023 , at   9:30 am  , I will appear before the Honorable  Timothy A. Barnes  , or any judge sitting in that judge's place, **either** in courtroom   744   of the  Everett McKinley Dirksen United States Courthouse  , 219 S. Dearborn Street, Chicago, IL 60604 , **or** electronically as described below, and present the motion of Debtor [to/for] Incur Debt and Shorten Notice , a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link:  https://www.zoomgov.com/.  Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.

**Meeting ID and passcode.**  The meeting ID for this hearing is   161 329 5276  , and the passcode is    433658   . The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By:  David Freydin

Attorney for Debtor
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, Illinois 60077
847.972.6157

## CERTIFICATE OF SERVICE

I, David Freydin, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on April 6, 2023, at 5:00 pm.

/s/ David Freydin
[Signature]

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 22-12826<br>Northern District of Illinois<br>Eastern Division<br>Thu Apr  6 16:49:57 CDT 2023 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Barclays Bank Delaware<br>Attn: Bankruptcy<br>Po Box 8801<br>Wilmington, DE 19899-8801 |
| Capital One<br>Attn: Bnakruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance<br>Attn: Bankruptcy<br>7933 Preston Rd<br>Plano, TX 75024-2302 | Citibank<br>Attn: Bankruptcy<br>P.O. Box 790034<br>St Louis, MO 63179-0034 |
| Citibank North America<br>Citibank SD MC 425<br>5800 South Corp Place<br>Sioux Falls, SD 57108 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lendclub Bnk<br>Attn: Bankruptcy<br>595 Market Street, Suite 200<br>San Francisco, CA 94105-2802 | LendingClub Bank, NA<br>P.O. BOX 884268<br>Los Angeles, CA 90088-4268 |
| Midnight Velvet<br>Attn: Bankruptcy<br>1112 7th Avenue<br>Monroe, WI 53566-1364 | OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| (p)PENTAGON FEDERAL CREDIT UNION<br>ATTN BANKRUPTCY DEPARTMENT<br>P O BOX 1432<br>ALEXANDRIA VA 22313-1432 | Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 | Silverleaf/orange Lake<br>8505 W Irlo Bronson Memo<br>Kissimmee, FL 34747-8217 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US Bank/RMS<br>Attn: Bankruptcy<br>Po Box 5229<br>Cincinnati, OH 45201-5229 | Daniel Mayfield<br>8118 S. Sangamon St.<br>Chicago, IL 60620-3151 |
| David Freydin<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 312<br>Skokie, IL 60077-2281 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
American Honda Finance              Ford Motor Credit                      PORTFOLIO RECOVERY ASSOCIATES, LLC
Attn: Bankruptcy                    National Bankruptcy Service Center     POB 41067
Po Box 168088                       Po Box 62180                           Norfolk, VA 23541
Irving, TX 75016                    Colorado Springs, CO 80962


Pentagon Federal Credit Union       (d)Portfolio Recovery Associates, LLC  (d)Portfolio Recovery Associates, LLC
Attn: Bankruptcy                    PO Box 41067                           c/o Best Buy
P.O. Box 1432                       Norfolk, VA 23541                      POB 41067
Alexandria, VA 22313                                                       Norfolk VA 23541


U.S. Bank National Association      (d)Us Bank                             End of Label Matrix
Bankruptcy Department               Attn: Bankruptcy                       Mailable recipients   26
PO Box 108                          P.O. Box 5229                          Bypassed recipients    0
Saint Louis MO 63166-0108           Cincinnati, OH 45201                   Total                 26
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 22-12826 |
| Daniel Mayfield | ) | |
| | ) | Judge Timothy A. Barnes |
| | ) | |
| Debtor(s) | ) | Chapter 13 |

**DEBTOR'S MOTION TO INCUR DEBT AND SHORTEN NOTICE**

Daniel Mayfield ("Debtor"), by and through his attorneys, Law Offices of David Freydin, moves this Honorable Court to enter an Order authorizing the Debtor's Motion to Incur Debt, and in support thereof state as follows:

1. The Debtor filed the above captioned voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code on November 3, 2022.

2. This Honorable Court confirmed the Debtor's Chapter 13 Plan on March 16, 2023.

3. The confirmed plan provides for monthly payments of $100.00 per month, with increases to $443.00 and $1,011.00 when the Debtor pays off his 457(b) loans, and will provide at least 34.00% dividend to general unsecured creditors.

4. The Debtor's current vehicle, a 2013 Ford Edge, is unreliable and has required significant repairs in the past 9 months, requiring more than $7,600.00 in vehicle repair bills and alternative transportation costs. See Exhibit A. At the time of the filing of this motion, the Debtor is in the process of dropping the car off with his mechanic for additional issues with his brakes.

5. The Debtor wishes to purchase a reliable replacement vehicle to prevent future excess expenditures. To that end, the Debtor has received a quote for a replacement vehicle.

    See Exhibit B.

6. The Debtor wishes to incur debt to purchase a 2019 GMC Acadia, with an amount financed of $32,023.25, with an interest rate of 18.99%, and monthly payments of $748.42 for 72 months.

7. The Debtor's budget can afford this payment by using funds he receives from VA disability.

8. The the Debtor requests that this Motion be heard on shortened notice. The Debtor's current car has a history of requiring expensive repairs and often requires the Debtor to rent replacement vehicles, and his vehicle is currently pending further expensive repairs.

9. That the Debtor is in a position to make Trustee payments as well as the new car payment, have filed in good faith, and intends to complete the plan of reorganization.

    WHEREFORE, Debtor, respectfully requests this Honorable Court to enter an Order allowing the Debtor to incur debt to finance the purchase of a vehicle, and for such other and further relief as this Court deems fair and just.

Respectfully Submitted,

/s/ David Freydin
Attorney for Debtor
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, Illinois 60077
847.972.6157