# McCARTHY Ford

11400 S. Pulaski Rd. Chicago, IL 60655
Phone (773) 239-7900

CELL: 773-391-5275

| CUSTOMER NO. | ADVISOR | TAG NO. | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 38333 | OSCAR | 84427 | 392 | 04/19/23 | FOCS408163 |

| | LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|---|
| DANIEL MAYFIELD | | A173759 | 169,691 | TUXEDO BLAC | |
| 8118 S SANGAMON ST | YEAR / MAKE / MODEL | | | DELIVERY DATE | DELIVERY MILES |
| CHICAGO, IL 60620 | 13/FORD TRUCK/EDGE/SPORT | | | 08/01/16 | 40,871 |
| | VEHICLE I.D. NO. | | | SELLING DEALER NO. | PRODUCTION DATE |
| | 2FMDK3AK8DBC33203 | | | | |
| DANNYMAYFIELD082857@YAHOO.COM | F.T.E. NO. | | P.O. NO. | R.O. DATE | |
| RESIDENCE PHONE   BUSINESS PHONE | | | | 04/19/23 | |
| 773-651-4248     773-686-2242 | COMMENTS | | | | MO: 169692 |

RECOMMENDATIONS----------
LEFT FRONT AXLE $432.50 PLUS TAX
TOTALS--------

```
****************************************
*                                       *  TOTAL LABOR....   182.17
* CASH..... CHECK.... COMMERCIAL CHARGE...... *  TOTAL PARTS....    37.76
*           CHECK#.....                 *  TOTAL SUBLET...     0.00
* VISA..... M/C..... AMEX              *  TOTAL G.O.G....     0.00
* RECEIVED BY:         ON:              *  TOTAL MISC CHG.    16.40
*   THANK YOU AGAIN FOR CHOOSING MCCARTHY FORD!  *  TOTAL MISC DISC    0.00
*   ALL OEM PARTS INSTALLED ON THIS VISIT HAVE A 2 YEAR  *  TOTAL TAX......    3.87
*   UNLIMITED MILE WARRANTY.  You may receive a Survey  *
*   from Ford Motor Co.  Please take the time to fill it  *  TOTAL INVOICE $   240.20
*   out because your opinion is very important to us.  *
*       WE STRIVE FOR YOUR COMPLETE SATISFACTION    *
****************************************
```

CUSTOMER SIGNATURE

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

"The dealership utilizes the hours published in the Factory Labor Time Guide, Chilton Manual and/or Motors Crash Book, which reflects an average time requirement for the performance of specific vehicle repairs, and which may, therefore, be either more or less than the actual clock time in any given instance."

QualityCare
at your service

Motorcraft Ford

PAGE 2 OF 2          CUSTOMER COPY          [ END OF INVOICE ]    01:00pm


# McCARTHY Ford
1400 S. Pulaski Rd. Chicago, IL 60655
Phone (773) 239-7900

CELL: 773-391-5275

| CUSTOMER NO. | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 38333 | OSCAR | 84427  392 | 04/19/23 | FOCS408163 |

| LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|
| | A173759 | 169,691 | TUXEDO BLAC | |

DANIEL MAYFIELD
8118 S SANGAMON ST
CHICAGO, IL 60620

| YEAR / MAKE / MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 13/FORD TRUCK/EDGE/SPORT | 08/01/16 | 40,871 |

| VEHICLE I.D. NO. | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|
| 2FMDK3AK8DBC33203 | | |

DANNYMAYFIELD082857@YAHOO.COM

| F.T.E. NO. | P.O. NO. | R.O. DATE |
|---|---|---|
| | | 04/19/23 |

RESIDENCE PHONE 773-651-4248   BUSINESS PHONE 773-686-2242

COMMENTS     MO: 169692

```
LABOR & PARTS----------------------------------------------------------
J# 1 30FOZWRKS       THE WORKS-GAS ENGINE           TECH(S):1090       27.17
     The Works Vehicle Checkup. Up to Five quarts of Motorcraft
     Synthetic Blend Oil, Motorcraft Oil Filter, Multi-Point
     Inspection, Tire Rotation and Pressure Check, Brake
     Inspection, Battery Test, Filter Check, Taxes, diesel
     vehicles and disposal fees extra. Hybrid battery test
     excluded.
     -
     The Works Vehicle Checkup, Up to 5 quarts of Motorcraft
     Synthetic Blend Oil, Motorcraft Oil Filter, Multi-Point
     Inspection, Tire Rotation
PARTS------QTY---FP-NUMBER--------------DESCRIPTION------------UNIT PRICE-
JOB # 1     1    AA5Z-6714-B            FILTER 516305                6.50    6.50
JOB # 1     6    XO-5W20-BSP            OIL - E 521145               5.21   31.26
                                                   JOB # 1 TOTAL PARTS     37.76
                                        JOB # 1 TOTAL LABOR & PARTS        64.93
-----------------------------------------------------------------------
J# 2 02FOZBRAKEABS   ABS BRAKES                      TECH(S):1090       155.00
     ABS LIGHT IS ON
     VERIFIED CUSTOMERS CONCERN AND FOUND ABS MODULE
     INTERNALLY FAILING
     $940.00 PLUS TAX CUSTOMER WILL LET US KNOW
PARTS------QTY---FP-NUMBER--------------DESCRIPTION------------UNIT PRICE-
                                                   JOB # 2 TOTAL PARTS      0.00
                                        JOB # 2 TOTAL LABOR & PARTS       155.00
-----------------------------------------------------------------------
J# 3 30FOZ99P        MULTI-POINT INSP                TECH(S):1090         0.00
     Perform a thorough inspection of your vehicle and provide a
     detailed Vehicle Report Card. Check Fluid Levels, Inspect
     Wiper Blades, Test Battery, Inspect Tires and Brake Wear,
     Inspect safety systems and components for leaks and damage
     Perform multi-point vehicle inspection and record results on
     Vehicle Report Card
PARTS------QTY---FP-NUMBER--------------DESCRIPTION------------UNIT PRICE-
                                                   JOB # 3 TOTAL PARTS      0.00
                                        JOB # 3 TOTAL LABOR & PARTS         0.00
-----------------------------------------------------------------------
MISC-------CODE-------DESCRIPTION------------------CONTROL NO--------
JOB # A    ENV    ENVIRONMENTAL CHARGES                                   16.40
                                                       TOTAL - MISC       16.40
-----------------------------------------------------------------------
COMMENTS---
WAIT

RECOMMENDATIONS----
RIGHT FRONT LOWER CONTROL ARM THE BALL JOINT HAS PLAY $452.50 PLUS
TAX
ALIGNMENT $149.99
```

PAGE 1 OF 2          CUSTOMER COPY          [CONTINUED ON NEXT PAGE]   01:00pm

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

"The dealership utilizes the hours published in the Factory Labor Time Guide, Chilton Manual and/or Motors Crash Book, which reflects an average time requirement for the performance of specific vehicle repairs, and which may, therefore, be either more or less than the actual clock time in any given instance."

QualityCare at your service

Motorcraft Ford