UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: <br> Daniel Mayfield <br><br><br><br><br><br> Debtor(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | BK No.: 22-12826 <br><br> Chapter: 13 <br> Honorable Timothy Barnes |

**ORDER AUTHORIZING DEBTOR TO OBTAIN CREDIT/INCUR DEBT**

This matter coming to be heard on the motion of the Debtor to obtain credit/incur debt; after due notice having been given and the opportunity for a hearing thereon and the Court being fully advised of the matter herein,

IT IS HEREBY ORDERED THAT:

The Debtor is permitted to incur financing in the amount not to exceed $33,000.00 for the purchase of a 2019 GMC Acadia or similar vehicle, with monthly payments not to exceed $748.42/mo for a term of 72 months. The interest rate shall not exceed 18.99%.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: May 11, 2023

**Prepared by:**